Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Stephen J. Steinlight**
Stephen.Steinlight@troutman.com

January 29, 2018

**VIA ECF**
The Honorable Cathy L. Waldor
United States District Court
District of New Jersey
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut St., Room 4040
Newark, NJ 07101

*So ordered*
*/s/ [signature]*
*1/30/18*

**Re:** *Locke v. Deluxe Auto Sales* **(2:17-cv-006850)**

Your Honor:

This firm represents Defendant Capital One Auto Finance ("Capital One") in the above-referenced proceeding. Capital One submits this Letter Motion seeking leave from the Court for the client representative to appear telephonically at the Settlement Conference scheduled for February 1, 2018 at 12 p.m. Capital One states the following in connection with this request:

1) Counsel for Capital One will appear in-person at the Settlement Conference with authority to resolve this matter;
2) Good cause exists for this request as Capital One's client representative lives and works in Richmond, Virginia (over 300 miles from Newark);
3) Capital One's client representative would make himself/herself available by telephone for the entire day on February 1, 2018; and
4) Capital One apologizes for this last-minute request.

We thank Your Honor for your consideration of this matter. If Your Honor has any questions, please do not hesitate to contact my office.

Respectfully submitted,

*/s/ Stephen J. Steinlight*
Stephen J. Steinlight

cc: All Counsel of Record (via ECF)