# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAYANN A. LOCKE,<br><br>Plaintiff,<br><br>v.<br><br>DELUXE AUTO SALES, CAPITAL ONE AUTO FINANCE, AMERIPLUS, PRESTIGE MERCEDES BENZ, K&E SERVICE CENTER,<br><br>Defendants. | CIVIL ACTION NO.: 2:17-cv-06850<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties in this case that all causes of action alleged in the Complaint against defendants Deluxe Auto Sales, Capital One Auto Finance, AmeriPlus, Prestige Mercedes Benz, and K&E Service Center, are voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii).

Dated: April 2, 2018

**STIPULATED AND AGREED:**

| | |
|---|---|
| By: */s/ Ronald L. Lueddeke*<br>Ronald L. Lueddeke, Esq.<br>Lueddeke Law Firm<br>215 Morris Avenue<br>Spring Lake, New Jersey 07762<br><br>*Attorney for Plaintiff Jayann A. Locke* | By: */s/ Paul S. Doherty, III*<br>Paul S. Doherty, III, Esq.<br>Hartmann Doherty<br>65 Route 4 East<br>River Edge, NJ 07661<br><br>*Attorney for Defendant Deluxe Auto Sales* |

|  | By: /s/ *Amanda Lyn Genovese*<br>Amanda Lyn Genovese, Esq.<br>Troutman Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br><br>Alan D. Wingfield, Esq.<br>Troutman Sanders<br>1001 Haxall Point<br>Richmond, VA 23219<br><br>*Attorney for Defendant Capital One Auto Finance* |
|---|---|
|  | By: /s/ *Andrew J. Gibbs*<br>Andrew J. Gibbs, Esq.<br>Lindabury, McCormick, Estabrook & Cooper, P.C.<br>53 Cardinal Drive<br>P.O. Box 2369<br>Westfield, NJ 07091-2369<br><br>*Attorney for Defendant AmeriPlus* |
|  | By: /s/ *Valerie A. Vladyka*<br>Valerie A. Vladyka, Esq.<br>Schenck, Price, Smith & King, LLP<br>115 West Century Road, Suite 100<br>Paramus, NJ 07652<br><br>*Attorney for Defendant Prestige Mercedes Benz* |
|  | By: /s/ *Russell F. Anderson, Jr.*<br>Russell F. Anderson, Jr., Esq.<br>Honig & Anderson<br>167 Franklin Turnpike<br>Waldwick, NJ 07463<br><br>*Attorney for Defendant K&E Service Center* |

So ordered.
4/2/18
[signature: Katharine Hayden]

2